UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

MAY 12 2023 ⱴ

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Robert Barker
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

1:23-cv-03003
Judge Sharon Johnson Coleman
Magistrate Judge Gabriel A. Fuentes
PC1
RANDOM

vs.

Classification of Cook County, W. Parker 17797, A. Boynton #3365, C/O Hernandez in Division 9, C/O Finn, Z #17473 in Division 9, Director Lucill #55 and Superintendent Cobble in Division 9

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:

 ✓    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983 U.S. Code** (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Robert Barker

B. List all aliases: Red

C. Prisoner identification number: 2021032311 8

D. Place of present confinement: Cook County

E. Address: 2700 S. California Ave. Chicago, IL 60608

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Classification
   Title: Security
   Place of Employment: Cook County

B. Defendant: W. Parker 17797
   Title: Correctional officer
   Place of Employment: Cook County

C. Defendant: A. Boynton 3365
   Title: Sergent
   Place of Employment: Cook County

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

D. Defendant: C/O Hernandez in Division 9
   title: Security/Correctional officer
   place of employment: Cook County

E. Defendant: C/O Finn, Z #17473
   title: Correctional officer
   place of employment: Cook County

F. Defendant: Director Lucill #55
   title: Correctional Director of Division 9
   place of employment: Cook County

G. Defendant: Superintendent Cobble
   title: Correctional Superintendent of Division 9
   place of employment: Cook County

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____
        _____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
        _____
        _____
        _____

    D. List all defendants: _____
        _____
        _____
        _____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____
        _____

    G. Basic claim made: _____
        _____
        _____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
        _____
        _____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I've been involved in alot of incidents do to things happening in Cook County and things that happened in the streets, which created alot of enemies for me. Well the incidents I've got into have been in Division 8, Division 9 and Division 11 And I have the incidents in black and white that has happened that classification knows about, but they are not having my best interest by dangering my safety and security by trying to put me back in the same places I've got into altercations at basically trying to instigate more problems for me when their job is to protect my safety and security not failing to protect me by putting me in the same situations. One of the examples is I got into a fight with 2 guys on 10/1/22 and they had guys who they were cool with that wanted to fight with me as well, but the C/O's came in to get me out of that hostile environment, but in December after getting out of segregation classification tried to put me right back over there knowing it was a hostile environment. I also had a altercation on 9/5/22 and they tried to put me back on Division 11 DD, which I also had a incident on 12/15/22

4

on DA in Division 11 and DD is right across from DA putting me in between a hard place and a Rock for me to get into a Altercation which could cost me my life like what happened on 3/23 Division 9 on 1E when a guy got killed by his celly and got his eyes carved out and another situation happened here in 3/23 on 1B in Division 9 where a guy was beat and raped for hours just to name a couple and this is what classification is trying to have happen to me by trying to put me back in places that is hostile for me. Classification Also tried to put me back on CB in Division 11 after I got into it with a guy on 11/20/22 and tried to send me back over there on 2/23/23. Classification made Sgt. Matthews write me A ticket for Refusing Housing, because I wasn't trying to get into another Altercation on CD and I told the hearing board I was just trying to protect my safety by refusing to have another altercation, which they was suppose to dismiss the ticket because of such, especially after they seen I had a report for fighting on CD and they still gave me 7 days in the Hole for trying to protect my own safety. My 8th and 14th Ammendments is steady being vidated by classification, because they are playing games with my life like its a game of chess and I have 3 kids, a family and a girlfriend to get home too. I'm a detainee fighting my case

5                                                                  Revised 9/2007

6

And thats all I need to be concerned about at this point not trying to protect my safety, especially when its being tampered with by security. Security trump everything as far as Medical and psych because Security equals Life. And Classification has put my Life in Danger many of different times. I'm also now into it with many of C/O's, because I've wrote many of Staff members up like Classification, C/o's and SGt's in Division 11 and Division 9. Classification also tried to force me into protective Custody which I would never do because that's not only a weird world, but its people specifically in PC for people like myself to come through there and by me being into it with lots of inmates and Correctional officers its people thats there to hurt people thats into with their homies rather for free or for loyalty purposes or they get paid for it. I was purposely pressed by the staff members through Classification forcing me to sign PC papers to protect my safety after trying to put me back in those hostile environments like on 3/10/23, 3/11/23, ~~3/10/23~~ 3/10/23. Even Commissary has been playing with my money when I put Commissary grievances in just to get my money back on numerous of occasions. I'm not safe here at county at all, because of the malicious things thats been done to me and tried to be done to me. I was advised by my attorney to start a paper trail and thats what I've done and they are overly mad. I've got into some gray fights on 4/12/22, 9/14/22, 9/15/22, 4/4/22, which Classification knows about that involved a lot of inmates & locations around mostly in Division 9 and Division 11, but the investigators who is a part of classification told me on 3/11/23 that the best place for me in this county is Division 6/aa since I've never been there on this 2yr journey, but they have yet to keep their word and they keep trying to send me to Division 9 and Division 11 which Dangers my safety, which is highly unacceptable for people who are suppose to have my best intrest as far as safety, but clearly hasn't so Compensation is very much needed.

Meleek Banks 20210328118

7

Classification called they self trying to fix everything by putting me in Division 5/1D q out alone, Housed alone deck where our safety is suppose to be extra safe, but on this particular day 3/8/23 my safety was in Danger which was never suppose to have been. They let a troublesome inmate who was out alone, Housed alone name Vonsean K. Williams pass out trays, which dangered not just my safety, but every other inmate that was here on this particular day. The C/O's have specific workers that are suppose to pass out trays and if the workers are busy then the C/O's are suppose to pass the trays out keeping are safety extra secured. On this particular day C/O W. Parker let another out alone, Housed alone inmate pass out trays that I had words with plenty of times on the gallery that C/O W. Parker #17797 knew about. So he was instigating this situation by letting him pass the trays out and he made sure everybody got their tray, but our snack and milk was left on the Deck by C/O Parker for Vonsean K. Williams to pass out our stuff at his jurisdiction which was highly unfair. Well Vonsean passed me my snack, but didn't give me my milk in agina zing me by not giving me my milk and talking crazy. Things end up escalating when he finally brought my milk 15 mins later, which wouldn't've happened if C/O Parker would've did his job correctly instead of instigating this situation. So Vonsean Williams went and told C/O Parker his side of the story and SGT Boynton who was Bias towards me because I wrote him up about us getting visits took Vonsean statement on Camera but did not come and get my statement. Then they showed they was Bias towards me, because A ticket was sneakly wrote up against me and they moved me out of that suppose to be safe Haven situation and put me back in the Lions Den in Division 9 on 3B where guys were yelling when I came on the unit "That's Red, we gone kill him" So I stayed in my

Room untill the next morning and told C/O Tyler to get me out of there, because guys were yelling disrespectful things towards me and as I was leaving I was guarded by C/O Tyler and C/O Brzostoski when I got out of the wing some guys came to the door stating "Fuck your dead homies Bitch" and "you lucky Cause we was going to kill you." Its on camera as well on 3/11/23 early in the morning from 7:30am to 8:30am you can see exactly what I'm saying is true. I was immediately moved back to Division 5/1D for my safety, which shouldn't have been in Dangered in the first place after being in Dangered so many times. On April 1st I was moved Back to Division 9 again, after Investigator Campbell told me he would move me to Division 6 since being moved to another County wasn't possible for whatever reason. On 4/5/23 I complained about my trays being tampered with on Division 9/1D where they had meat, but the inmates there I was into it with because 2 of the inmates I got into it with when I was in RTU Division 8 and they came to my door while I was on out alone, Housed alone saying to me "Boy you know you aint safe over here" So I came out the next morning and refused to lock up trying to get back to a safe place so Sgt. Sanchez and C/o green who was Big help pulled me out of there and got me to the Bullpin downstairs in Division 9 to be moved soas I'm waiting down there the Director Lucil #55 is down there getting into a argument with another inmate name Rundell Roundtree and then the Director Lucill begin Yelling at Roundtree Saying "he didn't say that" And then he asked me didn't he say that and I told him I didn't want anything to do with that and that I just wanted to stay safe and mind my Business and Director Lucill #55 started yelling at me stating "your scared and send his ass back up there to where he came from dangering my safety

9

by being Bias towards me for not taking his side in the argument he was having with the inmate Rondell Roundtree who is located on 3C in Division 9 and Superintendant Cobble didn't try to intervene and protect my safety after his Sgt. Sanchez brought me down for a specific reason to protect my safety. I think Classification is the reason all of this is going on, because I've wrote them up plenty of times and these people are like family with having each other's back, which at me in a bind, because this is their playground and I'm just here which is very much so reason for me to be moved to another county, but they still have me not only here, but they have me around a bunch of Staff members that I've wrote up for doing unprofessional things after trying to provoke me to catch another case besides the one I got. Since they have played games with my life, which is not a game they need to be investigated by the Department of Justice. It definetely needs to be some firing of Staff, which equals rearrangements, and I need to be compensated for the mental and emotional disturbance I've been through. I need to be able to send my kids to college to prevent them from going through any of the things I've been through. I definetely have the reason to feel at this point that these people are trying to BlackBall me and either they want me Dead from Classification, and the Cook County Staff or they are trying to get me to kill or dam near kill one of them or one of these dudes I'm into it with so that my situation as a detainee can be in a worsier perdicament, because its hard to beat jail house cases, which I need to be compensated for As soon as possible for them playing with my livelyhood. This is all truth and Fact that I've stated in this write up and I'm signing truth to it.

Ndett Wenten JC#20328118

10

On 12/31/22 I wrote C/O Finn up for purposely losing my property who is the property officer in segregation 1south in Division 9. So later on down the line I end up going to segregation in Division 9 from Division 5 where I packed up all of my property myself and when I got to seg where C/O Finn #17473 and C/O Hernandez who is the property officers I gave all of my property to them, and asked them to please put my property up, cause I only had 7 days to do in segregation. When I got out of segregation on 3/21/23 most of my property was purposely misplaced again by C/O Finn and C/O Hernandez, because first of all those are the officers I put my property in the hands of, and C/O Hernandez told me when he seen me mad and explaining to them that a grievance will be wrote about this matter, because this is the second time that this has happened. C/O Hernandez told me that "C/O Finn passed some of my property out to the seg workers, and it had nothing to do with him". Throwing C/O Finn under the Bus, basically shifting everything on C/O Finn, when he also had something to do with this foulplay, which is a act of malicious and cruel intent, which violates my 8th and 14th Amendments, because my property was purposely misplaced by C/O Finn, because I wrote him up about losing my property back on 12/31/22, and they was being bias towards me, because of that. $54 dollars worth of food was missing, and my family and Girlfriend works hard for their money, to be able to send me to make this "Hell Hole" a better place for me as much as they can. I also wrote C/O Finn up for writing me up on 11/1/22 for refusing to go to 2H in Division 9 from 1H, which is segregation, but C/O Finn didn't make it seem like it was mandatory that I had to go from 1H to 2H or I will be written up for it. So when I recieved a ticket for ~~~~ Disorderly Conduct, Movement violation, and Disobeying or resisting orders I wrote C/O Finn up for giving me a option not saying it was mandatory that I had to move and C/O Finn has been Bias towards me every since then by doing malicious things towards me like purposely losing my property on 2 different occassions and he needs to lose his job and I need to be compensated for these reasons.

Ralph Alexander 20210328118

11

Classification has continuously instigated and tried to instigate more situations by doing devious Acts by putting me and trying to put me in hostile situations that I've already been in, which is a major problem, and has been a major problem with these people the whole time. The investigators whose a part of classification are very Bias and does malicious and cruel things as well. Investigator Campbell and Investigator Villa came and personally told me after saying that were in talks with their supervisor about moving me to another county, and then told me they could move me to Division 6 since I've never been their out of the 25 months I've been here that I have a alert on me that I can't go to division 6 until I can get to another county, which was false and frivous, because I never been over to Division 6 in this 25 months of me being incarcerated, which was just a way for them to keep me in hostile enviornments like Division 9 and Division 11 since I am maximum security, so that they along with the rest of classification can keep stirring things up to danger my safety and security like they been doing. My Life along with others has been played with like a game of chess numerous amounts of times, which is highly unacceptable and compensation is a must at this point since classification feel like they are at the point of no return, because of all of the grievances I've written up on them and I believe that certain officers they have put up to nonsense with me, because I wasn't having problems with any officers untill I wrote classification up after continously trying put me in Division 9 and Division 11. That Still doesn't make it right by the officers like C/O Parker and SGT. Boynton to do certain things they have done which I explained in this statement earlier. I am currently in Danger, because of the malicious and cruel acts classification and certain staff members have done, and this is the problem that must be solved. I am a God fearing man and this All I have in this situation at this point!

Robert Banks 20210328119

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to compensate me from Cook County State for $100,000 for dangering my safety and security by instigating and trying to instigate more situations by putting me in and trying to put me in hostile environments I've been in already. I want the court to be fair and know that security trumps everything in the situation I'm in because security equals life and mine has continuously been put in danger.

VI. The plaintiff demands that the case be tried by a jury. ☐ YES ☒ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __4__ day of __29__, 20__23__

_____
(Signature of plaintiff or plaintiffs)

__Robert Barker__
(Print name)

__2021032811 8__
(I.D. Number)

__2700 S. California Ave__
__Chicago, IL. 60608__
(Address)

6

Revised 9/2007

Robert Barker 20410378118
2700 S. California Ave.
Chicago, IL 60608

05/12/2023-20

Prisoner Correspondent
United States District Court
219 S. Dearborn Street
Chicago, IL 60604

Legal


