Barker V. Classification of Cook County

1:23-CV-3003

Hon. Sharon Johnson Coleman

### UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

Robert Barker JR.

**RECEIVED**

**OCT 10 2023** CM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Classification of Cook
County
Director Lucill #55

Case No: _____
(To be supplied by the Clerk of this Court)

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

**CHECK ONE ONLY:**

✓      **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____      **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE**
**28 SECTION 1331 U.S. Code** (federal defendants)

_____      **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on Classification of Cook county and 2700 S. California Ave, Chicago, IL 60608 at the Cook county Correctional Center on 9/18/23

**I.    Plaintiff(s):**

A.    Name: _Robert Barker Jr._

B.    List all aliases: _Red Killa_

C.    Prisoner identification number: _2021032811 8_

D.    Place of present confinement: _Cook County Jail_

E.    Address: _2700 S. California Ave, Chicago IL. 60608_

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

**II.    Defendant(s):**
(In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

A.    Defendant: _Director Lucill #55_

Title: _Director of Investigator/Classification_

Place of Employment: _Cook County Jail_

B.    Defendant: _Classification of Cook County_

Title: _Classification_

Place of Employment: _Cook County Jail_

C.    Defendant: _____

Title: _____

Place of Employment: _____

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

    Revised 9/2007

I Robert Barker, swear under penalty of perjury that I
served a copy of the attached document on classification
of cook county and 2700 S. California Ave, Chicago, IL. 60608
at the cook county Correctional Center on 9/18/23

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

**III.** **List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:**

A. Name of case and docket number: _____ N/A _____

B. Approximate date of filing lawsuit: _____ N/A _____

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____ N/A _____

D. List all defendants: _____ N/A _____

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____ N/A _____

F. Name of judge to whom case was assigned: _____ N/A _____

G. Basic claim made: _____ N/A _____

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____ N/A _____

I. Approximate date of disposition: _____ N/A _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

[If you need additional space for ANY section, please attach an additional sheet and reference that section.]

I, Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of cook county and 2700 S. California Ave, Chicago, IL. 60608 at the cook county Correctional Center on 9/18/23

## IV. Statement of Claim:

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I was involved in a fight with two other detainees on 10/1/22 that I was wrote up for when they removed me and only one of the guys I had a fight with named Jamari L. Terry, but on January 27th which is almost 2 months later Classification tried to place me back on Division II CD and I refused to go back there, because it was still the other guy who I had a fight with over there along with his guys, which made it a hostile enviornment for me so I refused to go over there and I was written up for refusing housing, and I heard the ticket on 1/29/03 and was given 7 days in segregation for protecting my own safety since classification was trying to throw me to the wolves which was a violation of my 8th and 14th Ammendments, because Classification was bias towards me by trying to put me back in that hostile enviornment and they Acted out with malicious and crue l intent by giving me 7 days in segregation, because I refused to go back to a "Lions Den" trying to protect my own safety when I'm in Classifications care. On May 29th SGt. Waters in Division II interviewed me about my safety on his body camera, because of all of the enemies I had over in Division II I'm into it with, and I told him I wanted protective Custody and he asked me was I refusing housing and I told him on Camera "No I'm requesting for PC, but Classification had SGt. Waters write me a ticket for refusing Housing

4

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of cook county and 2700S. California Ave, Chicago, IL. 60608 at the cook county Correctional center on 9/18/23

which I found out from Sgt. Waters, which violates my 8th and 14th Ammendments again because at this point I have a lawsuit against them that was picked up on May 10th, 2022 by the U.S. District Courts. On Febuary 8th after classification knew I had not only a lot of incidents in Division 11 and Division 9 that they kept feeding me too I was jumped on by 3 guys after only being there for dweeks on DJ because of a bounty being on my head that the investigators Campbell and Villa talked to me about when I was in Division 5/1D in January. On 5/15/23 I was jumped on by 3 guys in the Shower Area in Division 9/113 and I was watched just getting jumped on by miss C/O Brown instead of help being called for my safety a malicious Act this happened at 10:45AM, which is on camera. On 12/15/22 After getting into a fight in Division 11 on DA at about 10:30am, which is on camera some guys teamed up on me and stole my commissary bag when I walked to the water fountain shortly after the fight, which is all on camera. Investigator Campbell who is apart of Classification said he saw exactly what happened, but him or classification did nothing about it not protecting my safety seeing I was in Danger. On May 29th 2023 officer newsome in the safe haven Division 5/1D nick picked with me trying to get me to physically Assault him, but I did not fall off into his tricks so he end up calling classification and getting me moved from the safest place for me at the time, which even the investigators agreed that this was the best place for me at the time untill I went to court to get my time In a 402 conference on 6/2/23, but classification agreed to move me after knowing I was in

Revised 9/2007

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of Cook County and 2700 S. California Ave, Chicago, IL. 60608 at the Cook County Correctional Center on 9/18/23

Hon Sharon Johnson Coleman

1:23 - CV-3003

Danger being bias towards me because I have this Active lawsuit in on them for endangering my safety and security. On 6/2/23 it was put on record by my Judge that I was to go to court In person for a 402 conference. So I can get my case over with if I was to accept the deal that the Judge offered, but my court apperance was switched by Classification to Zoom, and it inconvieanced me to stay until 7/7/23, which is a month later so they could get me severely hurt or Killed because of this active lawsuit I have in on them, which carries alot of merit. On 7/7/23 I had inperson court after my court was switched on purpose to Zoom on 6/2/23, and when I got on the Bus Classification and staff put one of the guys on the Bus with me that jumped me on 5/15/23 named Jackson (lastname) and a altercation took place between him and I instagated by Classification. On 8/8/23 it was said by my Judge Blakely in Markham that I was to come Inperson Court to try to get my case resolved, but my courtdate was switched again to Zoom and C/O Allen and C/O Smith in Division 9/of told me I got a Bullpin cantinous, which I knew was a lie So when I talked to my lawyer Shay Allen He told me that C/O Smith got on my Zoom court and told them I refused, which was a Devious and cruel Act because I would never refuse court and bad enough My court apperance was already Switched to Zoom when it was suppose to be Inperson. On 8/2/23 I was in the safest place for me which is Division 5/1D

5

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of Cook County and 2700 S. California Ave, Chicago, IL. 60608 at the Cook County Correctional Center on 9/18/23

1:23-CV-3003

Honi's haron Johnson Coleman

and on 8/4/23 On the Outalone, Housed alone Unit C/o Hawkins and C/o Ramos brought this gay guy out of his cell to go to court while I was out on the phone, and the gay guy by the name of Damonte Cooper came out and start taunting me, because he was mad at me for not getting the C/o's to get him to go to court So the C/o's escorted him out then Allowed him to come back on the unit, and throw and hit me with a shoe while I was talking to my mother. So I became Angry about that and I picked the Shoe up and threw it back and defended myself When it was the C/o Hawkins and Ramos job to defend me. And So this affect y along with other C/o's took me on the other side of Division 5 4C, and left me cuffed up on the wall from 9am to 6pm, and I was taken to the Hole when the guy is the one who kicked everything off, Which is all on camera on 8/4/23 at 8:30Am. I went to JF in Division 9, which is segregation on this day and 3 days later Classification pulled another Devious Act trying to get me to catch another case or just to vindictively inconvenience me, because in Division 9 it is 8 segregational holdings on 1G, 1H, 1E, 1F, 2H, 2E 2G, and JF and Classification placed this same guy Damonte Cooper who I Just had this altercation with on Division 5/1D in the same segregational holding as me on JF on 8/7/23 and came to find out this guy had the same court date as me on 8/8/23 So classification purposely put him over there to inconvenience me and to instigate another situation and they switched my Court appearance to Zoom and then the C/o's got on Zoom and said I refused my Court appearance, which is a major issue, I need to be compensated for all of the Devious Acts from classification that is happening to me rapidly Every Since this lawsuit.

5

Revised 9/2007

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of cook canty and 2700 S. California Ave, chicago, IL, 60608 at the cook canty Correctional Center on 9/18/23

Hon Sharon Johnson Coleman    1:23-CV-3003

Attached exhibit

Classification has the power to move me out of this county seeing all of the problems and issues I've had and am having, but they are keeping not just here in this county, but classification are keeping me in these divisions where I've been jumped on and have had many of Altercations with individuals, because of street and jail reasons, and they have let it be known that the investegator Campbell and Villa Knows about Bounties being placed on me, but they have yet to remove me, because they want the worst for me to happen ever since I've filled this lawsuit on them that has been picked up by the U.S. District Court, and justice and compensation needs to be served because my life is just as important as theirs thats being continously played with like a game of chess, which is not fair to myself, my family, my girlfriend but most importantly my 3 kids who I love and that loves me dearly, I am a detainee fighting my case, but I can't even do that with classification switching my court dates from In person to Zoom, and they even have their foot soildeis getting on Zoom saying I refused court, which is a major problem and a violation of my constitutional rights. These people are very cruel and they don't like when people like myself are standing up for my rights. They are trying to Black Ball me like it was done to Martin Luther King JR. and Makolm X, but God is in control, and he will see me through all of this madness that classification has put me and keep putting me through till this day. I am asking if I shall make it out of this hellhole in one piece that I be compensated to the upmost so that I can put my kids through college and in different uplifting programs so they would never go through any of the things I'm going through in jail. I want them to understand its not about whose the hardest, its about whose the smartest. In this situation the only thing I can say untill I am compensated with a undisclosed amount is sometimes God will take you through Hell just to get you to Heaven, and justice must and will be served. Feel

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on Classification of Cook County and 2700 S. California Ave, Chicago, IL 60608 at the Cook County correctional Center on 9/18/23

Hon. Sharon Johnson Coleman

1:23 — CV — 3003

Attached exhibit

On 7/12/23 I got into a fight with a guy named Kenneth Oliver JR, because he found out I got into a altercation with his guy on the Bus on 7/7/23, because he was one of the guys that jumped me on 5/15/23. I was on the phone on the most peaceful deck in Division 9 which is the old man unit at about 7:30pm when the guy Kenneth Oliver JR approached me while I was on the phone which is all on camera, and said "I just got off the phone with the north towe" I then became sceptacle and when I was finished with my call I came over to ask him what he meant, and he hit me with the tablet then we began fighting and the C/O's came in and cuffed us up and took us down to holding. Well that's when I knew like classifications/Investigators knew that it was a bounty on my head and inmates was after me, and it goes to show after this altercation on the peaceful old man deck I had due to communication between inmates. Then classification tried to move me to J/A in Division 9, and at this point my life is in danger so I refused to go to J/A or any deck over in 9, and I was hoping classification would move me to the safe Haven, which is Division 5 (1D) the out alone, Housed alone deck, but I was sent to the Hole by them, which was unfair, and they kept trying to feed me to the wolves in Division 9 after they seen and heard about what happened. Classification has continued to violate my constitutional rights by exposing me to unreasonable risk of harm at the ends of inmate enemies, and I have had to have my own safety by any means neccessary which is of course a violation of my constitutional rights by me being in their care. I went to segregation on 7/12/23, and I had to refuse untill I got tired of refusing feeling like a hostage back in segregation and I have the refusal tickets to show that I'm mailing with this statement. On 8/2/23 after I almost did a month worth of refusing because classification kept trying to feed me to the wolves that have attacked on numerous amount of occasions. I end up trying to go to Division 11 where I have a lot of enemies

I Robert Barker, swear under penalty of perjury that I
Served a copy of the attached document on Classification of Cook
County and 2700 S California Ave, chicago IL 60608 at the Cook County
Correctional On 9/18/23



COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

Hon Sharon Johnson Coleman

Div 9 - G - 1083-1

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

Attached exhibit

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2023-15490 | N/A | 1360086 | 74702EC9 | IL54055750 | 0469771 |

| INMATE INFORMATION | | | | |
|---|---|---|---|---|
| **Inmate's Name (Print) *(Nombre del recluso Imprimir):*** Robert Barker | **Inmate's DOB *(Fecha de nacimento):*** 8/30/1985 | **Booking Number:** 20210328118 | **Division/Unit(Division/unidad):** Division 9 | **Inmate's Living Unit(Unidad de vida):** In-Cell |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | **Date of Infraction:** 7/12/2023 | **Time of Infraction:** 10:40 PM | **Location of Infraction (Lugar de la Infracccion);** DIVISION 9 | **Restitution Form Attached:** ☐ YES ☐ NO |
|---|---|---|---|---|

| **NUMBER** | **CHARGE** |
|---|---|
| 105 | Disorderly Conduct |
| 219 | Disobeying or Resisting Orders |
| 308 | Count Violation |

| ■ DNA | VICTIM / WITNESS INFORMATION | | |
|---|---|---|---|
| ☐ Victim ☐ Inmate<br>☐ Witness ☐ Staff ☑ Other: Participant | ☐ ID #: _____<br>☐ Star #: _____ | | Robert Barker |
| ☐ Victim ☐ Inmate<br>☐ Witness ☐ Staff ☐ Other: _____ | ☐ ID #: _____<br>☐ Star #: _____ | | R Collazo02 |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On July 2023 I, Officer Collazo was assigned to Division 9 Holding for the 1500-2300 shift. At 2240 hours I was transferring inmate Baker, Robert #20210328118 to tier 2A due to an earlier physical altercation on his previous housing assignment (DIV9-2023-15481). As the elevator made it to 2 North inmate Barker stated to me "Man, fuck that I refuse." I informed Inmate Barker that he would be receiving a disciplinary for refusing. Inmate Barker stated "bring it, write me up then." Sgt. Valadez was notified.

Material Confiscated/Evidence Bag Number ( *Attach photocopy of evidence) Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

### CLASSIFICATION UNIT

| **Inter-Agency Health Inquiry Submitted:** ☐ YES ☐ NO ☐ DNA | **If YES, Date Submitted:** | **Assessment Completed:** ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | **Assessment Received:** ☐ YES ☐ NO |
|---|---|---|---|---|

| **Approved For Pre-Hearing Segregation:** ☐ YES ☐ NO ☐ DNA<br>**Placed in Pre-Hearing Segregation:** ☐ YES ☐ NO ☐ DNA<br>**If YES, Date/Time** Location: | **Was Verbal Warning Issued:** ☐ YES ☐ NO ☐ DNA<br>**If Yes, Were Privileges Restricted** ☐ YES ☐ NO ☐ DNA<br>**Type of Privilege and Duration of Restriction** |
|---|---|

| **Classification Unit Personnel *(Print):*** | **Title:** | **Star #** |
|---|---|---|

| **Reporting Personnel's Name *(Print):*** Collazo02, R | **Star #** 19056 | **Signature:** /s/ Collazo02, R, Star # 19056 | **Date:** 7/12/2023 11:33:31 PM |
|---|---|---|---|
| **Reviewing Supervisor's Name *(Print):*** Valadez03, R | **Star #** 3416 | **Signature:** /s/ Valadez03, R, Star # 3416 | **Date:** 7/12/2023 11:36:13 PM |
| **Watch Commander *(Print):*** Deanes, C | **Star #** 698 | **Signature:** /s/ Deanes, C, Star # 698 | **Date:** 7/12/2023 11:37:06 PM |

| **Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)*** Amesquita, C | **Star Number: (Numero de estrella)** 3412 |
|---|---|

I Robert Barber Svear under penalty of perjury that I
served a copy of the attached document on classification of
cook county and 2700 S. California Ave. Chicago IL. 60608 at
the cook county correctional center on 9/18/83



**COOK COUNTY SHERIFF'S OFFICE**

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

Hon S haron Johnson Coleman
Attached exhibit

Inmates are informed that their RU time is completed or that they have a 29th day out of RU. They are then given an direct order to gather their belongings due to receiving a new housing assignment. However, some inmates refuse their housing assignment and refuse the order to gather their belongings. These inmates are:

Tier 1G

Barker, Robert (20210328118) Cell #1083 refused to go to tier 3A.

Material Confiscated/Evidence Bag Number ( *Attach photocopy of evidence) Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

| CLASSIFICATION UNIT | | |
|---|---|---|
| **Inter-Agency Health Inquiry Submitted:** ☐ YES ☐ NO ☐ DNA    If YES, Date Submitted: _____ | **Assessment Completed:** ☐ YES ☐ NO    ☐ DNA   If YES, where? ☐ Medical Health ☐ Mental Health | **Assessment Received:** ☐ YES ☐ NO |
| **Approved For Pre-Hearing Segregation:** ☐ YES ☐ NO ☐ DNA    **Placed in Pre-Hearing Segregation:** ☐ YES ☐ NO ☐ DNA    **If YES, Date/Time**    Location: | **Was Verbal Warning Issued:** ☐ YES ☐ NO ☐ DNA    **If Yes, Were Privileges Restricted** ☐ YES ☐ NO ☐ DNA    **Type of Privilege and Duration of Restriction** | |
| **Classification Unit Personnel (Print):** | **Title:** | **Star #** |

| Reporting Personnel's Name *(Print):* | Star # | Signature: | Date: |
|---|---|---|---|
| Finn, Z | 17473 | /s/ Finn, Z, Star # 17473 | 7/18/2023 6:32:04 PM |
| **Reviewing Supervisor's Name** *(Print):* | Star # | Signature: | Date: |
| Deanes, C | 698 | /s/ Deanes, C, Star # 698 | 7/18/2023 9:17:22 PM |
| **Watch Commander** *(Print):* | Star # | Signature: | Date: |
| Deanes, C | 698 | /s/ Deanes, C, Star # 698 | 7/18/2023 9:17:46 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)* | Star Number: (Numero de estrella) |
|---|---|
| Valadez03, R | 3416 |

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|
| 7/18/2023 | 9:43:33 PM | /s/Valadez03, R, Star #3416 |

**\*** I am continued to be forced to have my own safety I can't even fight my case as comfortably as I can, because classification keep trying to instigate things with me and inmate enemies knowing that I'm unsafe in this Division 9.

I Robert Barber, swear under penalty of perjury that I served a copy of the attached document on classification of cook county Correctional Center on 9/18/23

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

Attached exhibit
1:23-CV-3003
Hon. Sharon Johnson - Coleman

## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

| | | | |
|---|---|---|---|
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Luis V Pedrote |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Damon Collins |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Markees Sharkey |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | JAMAR D SIMMS |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Allen T New |
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff ☑ Other: Participant | ☐ ID #: ☐ Star #: | Shemar Stovall |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

Inmates are informed that their RU time is completed or that they have a 29th day out of RU, They are then given an direct order to gather their belongings due to receiving a new housing assignment. However, some inmates refuse their new housing assignment and refusing to gather their belongings. These inmates are:

Barker, Robert (20210328118) Cell #1083 refused to go to tier 2D. ✳

Materia Confiscated/Evidence Bag Number *( Attach photocopy of evidence)* Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas)

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | Assessment Completed: ☐ YES ☐ NO ☐ DNA | If YES, where? ☐ Medical Health ☐ Mental Health | Assessment Received: ☐ YES ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA | Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA |
|---|---|
| Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA | If Yes, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA |
| If YES, Date/Time          Location: | Type of Privilege and Duration of Restriction |

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|

| Reporting Personnel's Name *(Print)*: Finn, Z | Star # 17473 | Signature: /s/ Finn, Z, Star # 17473 | Date: ✳7/19/2023 8:03:13 PM |
|---|---|---|---|
| Reviewing Supervisor's Name *(Print)*: Deanes, C | Star # 698 | Signature: /s/ Deanes, C, Star # 698 | Date: 7/19/2023 8:00:39 PM |
| Watch Commander *(Print)*: Deanes, C | Star # 698 | Signature: /s/ Deanes, C, Star # 698 | Date: 7/19/2023 8:03:01 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* | Star Number: *(Numero de estrella)* |
|---|---|

| Date Delivered: *(Fecha de entrega:)* | Time Delivered: *(Tiempo de entrega:)* | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* |
|---|---|---|

✳ I am forced by classification to have my own safety on a constant base. Its unconstitutional of what they are doing. Back here in seg you only get 30 mins a week on the phone I can't fight my case or stay in touch with my family this way is Inconvienced

(FCN-85)(SEP 12)   Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

I Robert Barker Swear under penalty of Perjury that I served a copy of the attached document on classification of cook county correctional center on 9/18/23

1:23-CV-3003

Hon Sharon Johnson Coleman                    Attached exhibit

qty, And when I got out of Segregation waiting in the Bullpin to go to Division
1) a guy named Ladelle L. Carpenter was getting on the same Bus as me
which was another one of the guys that jumped me on 5/15/23, this
is all set up by classification, because of course they know whats
Going on in their Jail, but of course I'm a Big enemy of theirs at
this point because of this lawsuit So The guy Ladelle was threat
ning me on the Bus going to division 1) Saying thats going to
happen every time talking about me getting Jumped so when the
opportunity presented itself I punched him when my cuffs was
taken off by C/O Klock this happened on 8/2/23 at 7:36pm
I am continuosly being set up for failure by classification and
its evident they want me dead. After this situation I was kept
in the Bullpin like a hostage from 7:36pm to the next day untill
11:30am, which is cruel and unusal punishment by classification when
all of this was instigated by them. I am continued on the daily to
protect my own Safety because classification is getting a
Kick out of me going through things in here like this, because
of not just the grievances I wrote, not just because of this active
lawsuit I have in on them, but because my family is in touch
with the only people that has some say so over classification
which is the Supervisors of the head of inmate issues and my
Family has spoken with them on a few occassions trying to
protect my safety. My Life is in serious Danger here at Cook
County because of classification instigating situations with me
dam near daily and I'm tired of being mistreated by Class-
ification and something needs to be done ASAP and of course I-
ke it out I need to be compensated to the upmost

I Robert Barker, swear under penalty of perjury that I
Served a copy of the attached document on classification of
Cook County Correctional on 9/18/23

1:23-CV-3003

Attached exhibit

Director Lucill #55, Investigator Campbell, and Investigator Ayyaz are all apart of the Classification crew, which makes this one Big complaint not all over the place. Everything goes hand and hand. The investigators are Internal Affairs and Classification places you where they feel best to place you, especially when the Investigator do the ground work if needed to. The investigators told me I couldn't go to division 6, because my cousin Christopher Payne works over there and Classification has a caple of Max units over there, but Investigator Spizzo and Investigator Caplyn told me thats a conflict of Intrest if I'm over there in Division 6, because my cousin can bring me certain stuff in because we are related, but I am a Big conflict of Intrest more so, because I'm suing classification who runs the jail if anything. Its like me suing the landlord and think I'm going to stay in his braught property comfortable. If the judge says I can stay in the House that I'm suing the landlord who owns the House. Its a Big conflict of Intrest because the landlord is going to be bias towards me, because I'm suing and the next thing you know its a Hole in the Roof, all of a sudden it's Rats running around in the house, the water all of sudden is off, and the lights don't work, because the landlord of course wants me out of his braught property. Well thats the same thing thats happening here with Classification and these Investigators of cook county, because they are dangering my safety by feeding me to the wolves that has attacked on a couple of accasions, because they want me severely hurt or dead and gone, because of so and the Devias Acts from Classification / Investigators are happening with me at a rapid pace. My Life is truly in Danger on the regular here at Cook county, which is also known to be Crook county and thats a fact.. Everything that I have stated in this statement is all truth and Fact and I not only pray and hope compensation is served, but I pray and hope Justice is served in this case as well because if its happening to me like this it can as well happen to someone else, which would be a major problem. I love my family, my girlfriend and my 3 kids, And at this point I just pray I make it out safe with Big compensation to.

Ralt Baker 2021038118

I Robert Barker Swear under penalty of perjury that I served
a copy of the attached documents on Classification of cook county
and 2700 S. California Ave, Chicago IL 60608 at the cook county
Correctional Center on 9/18/23

Hon Shern Johnson Coleman

1:23-CV-3003

Attached exhibit

On April 4th I was a out alone, Housed alone inmate and I was located in Division 9/1D, and I was threatened by a couple of inmates and one in particular was Ladelle L. Carpenter who I just had a altercation with on 8/2/23 in Division 11, because I got into a fight with his friend on 12/1/22 Jamari L. Terry who is from his neighborhood. Not only was he along with a few others threatning me to leave but my food was being tampered with and I wasn't getting my snack or milk as well, which is all on camera during this time of the Beginning of April. So when it was my time to come out on April 5th 2023 I already had my Bag ready to go and I came out of my cell and told the Correctional officer at the time I wanted off that unit ASAP and he called Sgt. Sanchez and I spoke with her about what was going on and she said ok, and got me down to holding because it wasn't safe for me on 1D in Division 9 when I was down there in Holding, Director Lucill #55 was getting into a heated argument with a guy name Rondell Roundtree, which I later on found out his name during their argument from Director Lucill #55. As they were Arguing Director Lucill #55 tried to ask me who was wrong in their argument and I told him I didn't have any thing to do with it, and that I had my own issues to worry about and Director Lucill became irate and Bias towards me, because of me just wanting to mind my Buisness and he stated to me "I know who you are Mr. Barker I'm denying your request for Protective Custody and the can go back to where he came from referring to the Lions Den on 1D. I Then told him I wasn't going back up there, because my safety was in Danger and I wasn't getting my food and he stated "that's Bullshit", I told him he can check the camera's and he told me he didn't care I was going back up and sent Sgt. Valentine and Sgt. Christie to escort me back to the Hell Hole and even they said that was cruel. So I was forced to be up there, and my safety was in Danger by the person who is the head of the Investigators because he was in his feelings, xcause I didn't want any thing to do with him and Roundtree's argument that had absolutely nothing to do with me. The next day on April 5th I was out for my hours and next thing you know I was told by the officer to pack everything up I was moving and I asked the officer where I was going and he said you are going to Division 5/1D the cell alone, House alone Deck where I was suppose to been any way. Director Lucill #55 called his self trying to

2021032811 8

I Robert Borker, Swear under penalty of perjury that I served a copy of the attached documents on classification of cook county and 2700 S. California Ave Chicago, IL 60608 at the cook county correctional center on 9/18/23

1:23-CV-3003

Attached exhibit

correct this wrong by fixing this problem, and I'm guessing he found out that my life was in Danger maybe due to the phone conversation that the guys was threathing me from earlier or maybe they told the staff I better be leaving soon or something, because you technically have to sign the pending PC out alone housed alone papers to be in Division 5/1D, but I didn't have to sign anything I was just moved there, but the fact of the matter is my Safety was in Danger by Director Lucill # 55 by him sending me back to that place after SGt. Sanchez saw fit to remove me from that unit, which was a violation of my 8th and 14th Ammendments, because the Director of having my Safety was Bias towards me, because I wanted nothing to do with him and Roundtree's argument, and he acted out with malicious and cruel intent by feeding me Back to the wolves knowing my safety was in Danger from his SGt. Miss Sanchez letting him know so, but he abused his authority by sending me back to where it was very unsafe for me, which is a major problem, because he showed that he didn't care anything about my life by sending me Back to that hostile enviorment. On 8/3/23 after getting into a physical Alteration in Division 11 with Ladelle L Carpenter I was sent over to Division 5/1D after signing the PC papers and Investigator Campbell and Investigator Ayyaz who's also a part of Classification came and took me down to their office in Division 5 And told me "look we are going to cut to the chase" you know you are not eligible for PC, because of all of your tickets you have so this is what we could do for you, we could leave you here on one of these units in Division 5, because you can only be in Division 9 and 11, because of your case being Max. We can make it possible for you to stay over here, but you have to let us know who is coming in on the new with the drugs Cocaine, pills, weed, or order or we will send you Back to Division 9 or 11 the choice is yours." I couldn't believe my ears was hearing this so I asked them both to understand them correctly. I said to them "so in order to have my safety I have to tell you all who has the drugs in Division 5, which is the people that comes in fresh from society" and Investigator Campbell and Ayyaz said to me you are correct basially trying to get me to discriminate myself, and the Ayyaz gave me his number and I told my mom what he said and she called the care line and reported him immediately. My life is in Danger, and if I make it out of this I need to be compensated Bigtime. Pad#D.N 2021032118

I Robert Barkes swear under penalty of perjury
that I served a copy of the attached document on
classification of cook county and 2700 S. California Ave
chicago, IL 60608 at cook county Correctional Center
On 9/18/23

Attached exhibit   1:23-CV-3003   (on Back)

Hon. Sharon Johnson Coleman

The fight I had with
Anthony Milner happened
on 4/18/22 in Division 8

## IIC Grievance Number:
## 2023x08596
### Numero De Queja

Although this R/Supv. cannot substantiate or deny your allegation(s), please be advised that your grievance has been forwarded to the Offices of Professional Review and Divisional Superintendent for their review and/or investigation.

*Aunque este R/Supervisor no puede corroborar o negar su(s) alegación(es), por favor tenga en cuenta que su queja se ha enviado a las Oficinas de Revisión Profesional (OPR) y al Superintendente de División para su revisión y / o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination, or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review**
**3026 S. California Ave**
**Building 2 / 4th floor**
**Chicago, Illinois 60608**

# INDIVIDUAL IN CUSTODY COPY

I Robert Barker, swear under penalty of perjury that
I served a copy of the attached document on classification
of Cook County and 2700 S. California Ave chicago, IL. 60608
at the Cook County Correctional Center 9/18/23

On 9/14/23 I was cleared from the safest place for me in this county Jail which is Division 5/1D for absolutely no reason by classification who I'm suing for violating my constitutional rights on numerous amount of occassions at this point by exposing me to unreasonable risk of harm at the ends of inmate and staff enemies, and I was thrown back to the Lions Den Division 9 where I've been jumped at, and had numerous of physical Altercations with inmates so I had to once again protect my own safety after classification tried to put me on IC in Division 9 where I have muiltiple inmate enemies all over this Division on 9/14/23, and I was placed in segregation on 26, which they already had set up for me, because the C/O 0 + to #17018 said he knew I would refuse, and that it was smart of me to refuse with everything I had going on in this Division9. And he also stated he doesn't know why classification keeps sending me over to this Division." Well when I got to the segregation unit 26 I found out not only did class clear me from the safe haven Division 5/1D And try to feed me to the wolves on IC in Division9, but when I got over to 26 they surrounded me around 2 of my inmate enemies that I had Altercations with trying to instigate and in convieance me, because of the lawsuit I have in on them. One of the guys name is Anthony Milner who I had a Big group fight against, and he hit me with a cane and it says it clear as day on the ticket and the other guy name is Nashaun L. Johnson who stole my commissary bag on 12/15/23 in Division 11 on 0A and I end up catching him on 6/2/23 over here in Division 9 and spitt on him while I was cuffed and blue boxed going to court. They have him downstairs and C/O Carmordy had him walk pass me after he brought me down stairs for me to hear my refusal ticket and he walked pass me, which is on Camera on 9/14/23 in Division 9/26 instigated by classification which makes my safety in danger. When I was over in Division 5/1D on I wrote Sct Rafferty up for opening my legal mail before she gave it to me being noisey on 9/12/23, and I believe she faxed over or told classification what my legal mail, which was the law suit papers against them said, because out the Blue classification was back to the nonsense, which was feeding me to the wolves on 9/14/23 from the Safe Haven they Had me in, which is Division 5/1D for no reason. I've been in seg since 9/13/23 I heard my refusal ticket by the hearing Board on 9/14/23, and the lady and C/O Allen that works for the hearing Board told me I was getting out the day I heard the ticket on 9/14/23, but here it is 9/18/23 and I'm still in seg, which is cruel and unusual punishment, because I was suppose to be out of seg on 9/14/23 and at this point I am Kidnapped and held hostage by class, because I have no reason to be back here in seg, because I have no ticket to hold me here in seg. And I'm having my cellmate Rick Franklin sign as a witness to this statement being truth and Fact. I've Read everything in this statement by my cell mate Robert Barker on. 9/18/23 and In signing to this everything this statement to be truth and Fact. Rick Franklin

#20230329021

Case: 1:23-cv-03003 Document #: 27 Filed: 10/12/23 Page 35 of 45 PageID #:230

Attached exhibit

Sharon Johnson Coleman

DIV9-2Gr-2284-1



# COOK COUNTY SHERIFF'S OFFICE *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

## INMATE DISCIPLINARY REPORT *(INFORME DISCIPLINARIO INTERNO)*

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2023-20702 | N/A | 1360086 | 74702EC9 | IL54055750 | 0469771 |

### INMATE INFORMATION

| Inmate's Name (Print) *(Nombre del recluso Imprimir)*: | Inmate's DOB *(Fecha de nacimento)*: | Booking Number: | Division/Unit(Division/unidad): | Inmate's Living Unit(Unidad de vida): |
|---|---|---|---|---|
| Robert Barker | 8/30/1985 | 20210328118 | Division 9 | In-Cell |

### INFRACTION INFORMATION

| ☐ VERBAL WARNING ☐ FORMAL CHARGE | Date of Infraction: ✗ 9/14/2023 | Time of Infraction: 9:50 AM | Location of Infraction (Lugar de la Infraccion): DIVISION 9 | Restitution Form Attached: ☐ YES ☐ NO |
|---|---|---|---|---|

| NUMBER | CHARGE |
|---|---|
| 212 | Movement Violation |
| 219 | Disobeying or Resisting Orders |
| 308 | Count Violation |

### ■ DNA — VICTIM / WITNESS INFORMATION

| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☑ Other: Participant | ☐ ID #: ☐ Star #: | Robert Barker |
|---|---|---|---|---|
| ☐ Victim ☐ Witness | ☐ Inmate ☐ Staff | ☐ Other: | ☐ ID #: ☐ Star #: | R Otto |

### INFRACTION NARRATIVE *(Infraccion narrativa)*

On 14 Sep 23 at approximately 0950 Hrs. R/D Otto was assigned to Division 9 Holding. While receiving 2x IIC Transfers from Division 5 IIC Barker, Robert #20210328118 refused to be transferred to his new bed assignment on Tier 1C-1163. IIC Barker was then placed in Holding Bullpen #3 and Sgt. Hill was notified of the situation. End of Report.

Material Confiscated/Evidence Bag Number *( Attach photocopy of evidence)* Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):

### CLASSIFICATION UNIT

| Inter-Agency Health Inquiry Submitted: ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | Assessment Completed: ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | Assessment Received: ☐ YES ☐ NO |
|---|---|---|---|---|

| Approved For Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA | Was Verbal Warning Issued: ☐ YES ☐ NO ☐ DNA |
|---|---|
| Placed in Pre-Hearing Segregation: ☐ YES ☐ NO ☐ DNA | If YES, Were Privileges Restricted ☐ YES ☐ NO ☐ DNA |
| If YES, Date/Time — Location: | Type of Privilege and Duration of Restriction |

| Classification Unit Personnel *(Print)*: | Title: | Star # |
|---|---|---|

| Reporting Personnel's Name *(Print)*: Otto, R | Star # 17018 | Signature: /s/ Otto, R, Star # 17018 | Date: 9/14/2023 10:23:50 AM |
|---|---|---|---|
| Reviewing Supervisor's Name *(Print)*: Hill, D | Star # 3340 | Signature: /s/ Hill, D, Star # 3340 | Date: 9/14/2023 11:11:44 AM |
| Watch Commander *(Print)*: Williams03, T | Star # 734 | Signature: /s/ Williams03, T, Star # 734 | Date: 9/14/2023 11:56:51 AM |

| Disciplinary Report Delivered to Inmate by *(Print Name)*: *(Informe disciplinario entregado al recluso por:)* Tellado, M | Star Number: (Numero de estrella) 14931 |
|---|---|

| Date Delivered: *(Fecha de entrega:)* 9/14/2023 | Time Delivered: *(Tiempo de entrega:)* 12:24:13 PM | Signature of Serving Staff Member: *(Firma del miembro del personal que sirve:)* /s/Tellado, M, Star #14931 |
|---|---|---|

(FCN-85)(SEP 12)    Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov    PAGE 1 OF 1

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of Cook County and 2700 S. California Ave Chicago, IL. 60608 at the Cook County Correctional Center on 9/18/83

Added Attached exhibit

(On Back)

1:23-CV-3003

## IIC Grievance Number: Hon. Sharon Johnson Coleman
## 2023x08239

### *Numero De Queja*

Although this R/Supv. cannot substantiate or deny your allegation(s), please be advised that your grievance has been forwarded to the Offices of Professional Review and Divisional Superintendent for their review and/or investigation.

*Aunque este R/Supervisor no puede corroborar o negar su(s) alegación(es), por favor tenga en cuenta que su queja se ha enviado a las Oficinas de Revisión Profesional (OPR) y al Superintendente de División para su revisión y / o investigación.*

You may follow-up with the Office of Professional Review by contacting their office directly, by utilizing the address below.

*Usted podrá darle seguimiento a su alegación(es), contactando al Departamento de Revisión Professional (OPR) de manera directa, utilizando la dirección que está en la parte de abajo.*

To exhaust your administrative remedy (regardless of the OPR investigation review, determination, or outcome) you must appeal this immediate grievance response within 15 calendar days.

*Con el fin de agotar los recursos administrativos (independiente de la revisión de la investigación, decisión o el resultado de OPR) usted debe apelar la respuesta principal de esta queja dentro los 15 días calendarios.*

**Office of Professional Review**
**3026 S. California Ave**
**Building 2 / 4th floor**
**Chicago, Illinois 60608**

# INDIVIDUAL IN CUSTODY COPY

I Robert Barker, swear under penalty of perjury that I
Served a copy of the attached document on classification of
Cook County and 2700 S. California Ave. chicago, IL. 60608
at the cook County Correctional Centeron 9/18/23

On 9/19/23 classification after holding me hostage for 5 days, because I was suppose to be out of segregation on 9/14/23 said by the hearing board asked me through C/O Tanon who was working at the time of 3-11pm shift if I wanted to go to 3E over here in Division 9, and I couldn't believe classification set this malicious and cruel Act up after holding me hostage back here for 5 extra days So I said "absolutely not", because first of all, I have to many inmate enemies over here in Division 9, which I've heard from numerous amount of inmates that it is a Bounty on my person from a few incidents I've been in recently and one of them is from where they just tried to send me to on 9/19/23, which is on 3E where I had a fight with this guy named Kenneth Oliver JR on 7/18/23 at 8:30pm on 3E, and on 8/31/23 when I was on 3C in this Division 9 I got my haircut and had words with 2 of the Barbers thats on 3E in Division 9 about me having a physical Altercation with the guy Kenneth Oliver JR. 3E is the most peaceful Unit over here in the "Lions Den" Division 9, and my problems are even Big over there and Classification knows this, because its in Black and white, but they tried to send me there being Bias towards me because of the lawsuit I have in on them for Devious and cruel Acts like this one they tried to pull. The Best place for me at this point if its not going to be out of this County, because of classification keep violating my constitutional rights by exposing me to unreasonable risk of harm at the ends of inmate enemies Is Division 6 on one of the max tiers they have over there since I've never been over there since I've been incarcerated since 3/28/21 or Division 5 (1D) which is a outalone, Housed alone Unit which means I come out by myself for a hour, and I go in by myself for 23 hrs. Classification runs this jail which means they could put me anywhere they want to, especially at this point seeing and Knowing my Life is in Danger, but they are being malicious and cruel by not doing so especially when they have max tiers in Division 6. I am once again a Big Conflict of intrest in Division 9 because of all of the inmate and staff enemies and Division 11, because I have too many inmate enemies over there, which I was jumped on over there on 2/8/23 as well that Classification knows about as well thats in the computer under the incidents category. My cellmate Rick Franklin is a witness to me being held hostage from my outdate in seg, which was on 9/14/23 and to them trying to send me to 3E in this Division 9 on 9/19/23. Rick Franklin #2023029021

In signing to this everything in this statement



*I had 3 copies of this one so I used all 3 for the.... 1:23-CV-3003

**COOK COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*   Hon. Sharon Johnson Coleman

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

Attached exhibit   DIV 9 1G 1083-1

| INCIDENT REPORT NO. | CONTROL NUMBER | IR NUMBER | FBI NUMBER | SID NUMBER | INMATE ID NUMBER |
|---|---|---|---|---|---|
| DIV9-2023-15481 | N/A | 1360086 | 74702EC9 | IL54055750 | 0469771 |

| INMATE INFORMATION | | | | |
|---|---|---|---|---|

| Inmate's Name (Print) *(Nombre del recluso Imprimir):* | Inmate's DOB *(Fecha de nacimento):* | Booking Number: | Division/Unit*(Division/unidad):* | Inmate's Living Unit*(Unidad de vida):* |
|---|---|---|---|---|
| Robert Barker | 8/30/1985 | 20210328118 | Division 9 | In-Cell |

**INFRACTION INFORMATION**

| ☑ VERBAL WARNING<br>☐ FORMAL CHARGE | Date of Infraction:<br>7/12/2023 | Time of Infraction:<br>8:11 PM | Location of Infraction *(Lugar de la Infraccion):*<br>DIVISION 9 | Restitution Form Attached:<br>☐ YES  ☐ NO |
|---|---|---|---|---|

| NUMBER | | CHARGE |
|---|---|---|
| 207 | Fighting | |

■ DNA

**VICTIM / WITNESS INFORMATION**

| ☐ Victim  ☐ Inmate<br>☐ Witness  ☐ Staff  ☑ Other: Participant | ☐ ID #: _____<br>☐ Star #: _____ | Kenneth Oliver JR ✗ |
|---|---|---|
| ☐ Victim  ☐ Inmate<br>☐ Witness  ☐ Staff  ☑ Other: Participant | ☐ ID #: _____<br>☐ Star #: _____ | Robert Barker ✗ |
| ☑ Victim  ☐ Inmate<br>☑ Witness  ☐ Staff  ☐ Other: _____ | ☐ ID #: _____<br>☐ Star #: _____ | J Fett |

**INFRACTION NARRATIVE** *(Infraccion narrativa)*

On 12JUL23 CO Fett #18250, assigned to Division 9, Tier 3E on the 3-11 shift, reports at 2011 hrs. IIC Barker, Robert #20210328118 and IIC Oliver, Kenneth #20181110166 began fighting (throwing closed hand strikes at each other). I made a radio transmission of a, "10-10, 3 Echo (fight in progress.)" I opened the tier door and ordered IICs to stop fighting. IIC Barker was removed from the tier and placed in handcuffs.  IIC Oliver was then removed from the tier and placed in handcuffs. The remaining IIC's in the dayroom were secured in their assigned cells without further incident.

Nothing further to report.

Material Confiscated/Evidence Bag Number *( **Attach photocopy of evidence**) Materials confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

**CLASSIFICATION UNIT**

| Inter-Agency Health Inquiry Submitted:<br>☐ YES  ☐ NO  ☐ DNA | If YES, Date Submitted:<br>_____ | Assessment Completed: ☐ DNA<br>☐ YES  ☐ NO  If YES, where? ☐ Medical Health  ☐ Mental Health | Assessment Received:<br>☐ YES  ☐ NO |
|---|---|---|---|

| Approved For Pre-Hearing Segregation:  ☐ YES  ☐ NO  ☐ DNA<br>Placed in Pre-Hearing Segregation:  ☐ YES  ☐ NO  ☐ DNA<br>If YES, Date/Time                     Location: | Was Verbal Warning Issued:  ☐ YES  ☐ NO  ☐ DNA<br>If Yes, Were Privileges Restricted  ☐ YES  ☐ NO  ☐ DNA<br>Type of Privilege and Duration of Restriction |
|---|---|

| Classification Unit Personnel: *(Print):* | Title: | Star # |
|---|---|---|
| | | |

| Reporting Personnel's Name *(Print):*<br>Fett, J | Star #<br>18250 | Signature:<br>/s/ Fett, J, Star # 18250 | Date:<br>7/12/2023<br>9:10:32 PM |
|---|---|---|---|
| Reviewing Supervisor's Name *(Print):*<br>Valadez03, R | Star #<br>3416 | Signature:<br>/s/ Valadez03, R, Star # 3416 | Date:<br>7/12/2023<br>9:21:10 PM |
| Watch Commander *(Print):*<br>Deanes, C | Star #<br>698 | Signature:<br>/s/ Deanes, C, Star # 698 | Date:<br>7/12/2023<br>9:30:25 PM |

| Disciplinary Report Delivered to Inmate by *(Print Name): (Informe disciplinario entregado al recluso por:)*<br>Mayo, D | Star Number: (Numero de estrella)<br>16209 |
|---|---|

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of cook county and 2700 S. California Ave. chicago, IL. 60608 At the Cook County Correctional Center on 9/18/23



Attached Exhibit

1:23-cv-3003

Hon. Sharon Johnson Coleman

**COUNTY SHERIFF'S OFFICE** *(OFICINA DEL SHERIFF DEL CONDADO DE COOK)*

**INMATE DISCIPLINARY REPORT** *(INFORME DISCIPLINARIO INTERNO)*

Inmates are informed that their RU time is completed OR they have a 29th day out of RU. They are then given an direct order to gather their belongings due to receiving a new housing assignment. However, some inmates refuse their housing assignments and refuse to gather their belongings. These inmates are:

Tier 1H

Donegan, Tyreese (20210626004) Cell #1262 refused to go to tier 1A
Smekal, Victor (20201118036) Cell #1059 refused to go to tier 2C. Be advised, this a 29th day refusal

Tier 1G

Bernsteen, Neil (20200803062) Cell #1289 refused to go to tier 2C

Tier 1F

Elliott, Kenneth (20220715093) Cell #1232 refused to go to Division 11

Tier 2G

Doll, Sheldon (20200729120) Cell #2092 refused to go to tier 1D
✶ Baker, Robert (20210328118) Cell #2284 refused to go to tier 3E ✶

Material Confiscated/Evidence Bag Number *( Attach photocopy of evidence)* *Materiales confiscados/pruebas bolsa numero (adjuntar fotocopia de pruebas):*

| CLASSIFICATION UNIT | | | | |
|---|---|---|---|---|
| **Inter-Agency Health Inquiry Submitted:** ☐ YES ☐ NO ☐ DNA | If YES, Date Submitted: | **Assessment Completed:** ☐ YES ☐ NO | ☐ DNA If YES, where? ☐ Medical Health ☐ Mental Health | **Assessment Received:** ☐ YES ☐ NO |
| **Approved For Pre-Hearing Segregation:** ☐ YES ☐ NO ☐ DNA **Placed in Pre-Hearing Segregation:** ☐ YES ☐ NO ☐ DNA If YES, Date/Time Location: | | | **Was Verbal Warning Issued:** ☐ YES ☐ NO ☐ DNA **If Yes, Were Privileges Restricted** ☐ YES ☐ NO ☐ DNA **Type of Privilege and Duration of Restriction** | |

| Classification Unit Personnel (Print): | | Title: | Star # |
|---|---|---|---|
| | | | |

| Reporting Personnel's Name (Print): | Star # | Signature: | Date: |
|---|---|---|---|
| Finn, Z | 17473 | /s/ Finn, Z, Star # 17473 | 9/19/2023 8:01:33 PM |
| **Reviewing Supervisor's Name (Print):** Deanes, C | Star # 698 | /s/ Deanes, C, Star # 698 | 9/19/2023 8:10:45 PM |
| **Watch Commander (Print):** Deanes, C | Star # 698 | /s/ Deanes, C, Star # 698 | 9/19/2023 8:14:37 PM |

| Disciplinary Report Delivered to Inmate by (Print Name): (Informe disciplinario entregado al recluso por:) Ducharme, M | Star Number: (Numero de estrella) 18279 |
|---|---|

| Date Delivered: (Fecha de entrega:) 9/19/2023 | Time Delivered: (Tiempo de entrega:) 8:52:38 PM | Signature of Serving Staff Member: (Firma del miembro del personal que sirve:) /s/Ducharme, M, Star #18279 |
|---|---|---|

I'm still in segregation for this ticket that they found me Not guilty on. C/O Allen who works for the hearing board told me Classification doesn't no what to do with me. is their excuse of holding me hostage at this point because they have no reason to have me in segregation. I am Kidnapped at this point by classification and I can't comfortably fight my case, as a detainee. my family and Girlfriend is concerned.

(FCN-85)(SEP 12) Any Information and Reports produced from the Cook County Offender Management System (CCOMS) is for internal distribution only. For an official copy of a report from CCOMS, contact the Business Intelligence Unit at CCSO.DataRequest@cookcountyil.gov

I Robert Barker, swear under penalty of perjury that I served a copy of the attached document on classification of Cook County and 2700 S. California Ave. chicago, IL, 60608 at the cook county Correctional Center on 9/18/23

1:23-CV-3003
Hensheron Johnson Coleman

**V.   Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want the court to grant me Compensation from Classification of Cook County.
for all of the malicious and cruel Acts that has been brought towards me. My safety
and security is, and has been, in their hands, and is at a major risk, because my life is
being and has been played with continuously like a game of chess, which has been and
still is highly unacceptable and unfair, because I am at this point mentally, physically and
emotionally disturbed. I want to be able to put my 3 kids through college and never have to go through anything like this.

**VI.**   The plaintiff demands that the case be tried by a jury.   ☐ YES   ☑ / NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  10  day of  9  , 20 23

_____
(Signature of plaintiff or plaintiffs)

Robert Barker JR.
_____
(Print name)

20210338118
_____
(I.D. Number)

1305 Buffalo Ave; Calumet City, IL.
60409 or 4001 E. 134th Street, trl lot 17,
Chicago, IL. 60633
_____
(Address)

Revised 9/2007

I Robert Barker, Swear under penalty of perjury that I served a copy of the attached document on classification of cook County and 2700 S. California Ave Chicago, IL, 60608 at the Cook county Correctional Center on 9/10/23

Robert Barker 20210328118
2700 S. California Ave.
Chicago, IL. 60608



Prisoner Correspondence
Clerk's Office
U.S. District Court
219 South Dearborn Street, 20th Floor
Chicago, IL. 60604



10/10/2023-19

Legal Mail