IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Robert Barker Jr., | ) |
|     Plaintiff, | ) ) ) |
| v. | ) Case No. 1:23-cv-03003 ) ) Judge Sharon Johnson Coleman |
| Cook County Correctional Officer Brown, Cook County Correctional Officer Medina #16766, et al., | ) ) **JURY TRIAL DEMANDED** ) |
|     Defendant. | |

## FIRST AMENDED COMPLAINT

42 U.S.C. § 1983 (state, county or municipal defendants)

### I. FEDERAL JURISDICTION

Jurisdiction is based on 28 U.S.C. § 1331, a civil action arising under the United States Constitution or other federal law.

### II. PARTIES

  A. Plaintiff:

    Robert Barker Jr., ID # R55579
    Western Ill. Correctional Center
    2500 Route 99 South, Mr. Sterling, Ill. 62353

  B. Defendants [1]

    Defendant #1:

    Cook County Correctional Officer Brown
    Cook County Department of Corrections
    2700 S. California Ave.
    Chicago, IL 60608

---

[1] As of the filing this complaint, Plaintiff has not learned the first name or Star number for Officer Brown, and has also not learned the first name for Officer Medina. There was no response by Cook County Jail administration to an email inquiry for this information. The same email request to the legal department of the Cook County Sheriff's Office was declined. Plaintiff's counsel will continue their efforts to obtain this information.

Defendant #2

Correctional Officer c/o Medina (#16766)
Correctional Officer at Jail
Cook County Department of Corrections
2700 S. California Ave.
Chicago, IL 60608

### III. LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case? No.

If yes, please describe. NONE.

B. Have you brought any other lawsuits in federal court while incarcerated? No.

C. If your answer to B is yes, how many? NONE. Describe the lawsuits(s) below. NONE.

### IV. EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution? Yes.

B. Have you filed a grievance concerning the facts related to this complaint? If your answer is no, explain why not. Yes.

C. Is the grievance process completed? Yes.

### V. STATEMENT OF CLAIM

**A. Claim against defendant Brown**

Place(s) of the occurrence: Division 9, Cook County Jail, Chicago, Illinois

Date(s) of the occurrence: May 15, 2023

On this date plaintiff was physically assaulted in the shower area at the above location. Correction Officer Brown observed as this incident began to unfold and continued watching as plaintiff was beaten by three inmates. Plaintiff was hit several times in the area of his face and

mouth. Officer Brown continued to watch this attack, and never called for help. As a result of Officer Brown's deliberate indifference to plaintiff's health and safety, a tooth partial is damaged, and plaintiff sustained a black eye and a bruised lip requiring medical attention.

Officer Brown's inaction violated plaintiff's constitutional rights under the 8th and 14th Amendments.

### B. Claim against defendant Medina

Place(s) of the occurrence: Division 9, Cook County Jail, Chicago, Illinois

Date(s) of the occurrence: October 11, 2023

On this date, plaintiff was in the dayroom area in segregation of Division 9 and C/O Medina #16766 purposely left plaintiff in the shower area long after plaintiff was finished and requested to leave. When plaintiff complained, Medina taunted him, stating, "OK Mr. Barker, let's see what you are made of." Shortly thereafter, within view of Officer Medina, another inmate on the deck was having words with plaintiff. Medina then removed this inmate's shackles, blue box, and handcuffs knowing I plaintiff would face a substantial risk of serious harm from the inmate. The inmate then did attack plaintiff. Medina moved out of the way so this inmate could get at plaintiff, Officer Medina's actions and deliberate indifference to plaintiff's health and safety and his failure to take reasonable measures to abate it caused plaintiff to be physically harmed.

Officer Medina's conduct violated plaintiff's constitutional rights under the 8th and 14th Amendments.

### RELIEF REQUESTED

It is therefore respectfully requested that the Court grant appropriate compensatory damages as well as punitive damages against defendants Brown and Medina. Plaintiff also requests that the cost of this action including attorney's fees, be taxed against defendants.

Dated: September 27, 2024                    Respectfully submitted,

                                                                                s/Jeffrey Urdangen
Jeffrey Urdangen
Mark Mitchell
*Counsel for Plaintiff*
RILEY SAFER HOLMES & CANCILA LLP
One South Dearborn, Suite 2200
Chicago, Illinois 60603
Telephone:    312.471.8700
jurdangen@rshc-law.com


## CERTIFICATE OF SERVICE

       I hereby certify that on September 27, 2024, I caused the foregoing Complaint to be transmitted via electronic mail to an email address associated with the Cook County Sheriff's legal counsel.  It is further certified that on this same date a request for waiver of service was emailed to the Cook County Sheriff's Office Department of Legal and Labor Affairs.

                                                   /s/ Jeffrey Urdangen
Jeffrey Urdangen
*Counsel for Plaintiff*
**Riley Safer Holmes & Cancila LLP** One South Dearborn, Suite 2200  Chicago, Illinois 60603
(312) 471-8700
jurdangen@rshc-law.com